JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEXANDER BODDIE, | ) | NO. CV 22-5135-SVW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| ROBERT BURTON, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: August 4, 2022.

/s/ Stephen V. Wilson
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE